ACCEPTED
03-15-00433-CR
7360200
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 4:59:27 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00433-CR

\* \* \*

In The 3rd District
Court of Appeals of Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 4:59:27 PM
JEFFREY D. KYLE
Clerk

\* \* \*

Hector Hato Laboy

v.

The State of Texas

\* \* \*

Appealed from the
Travis County
County Court at Law No. 4
Trial Court Cause No. D-1-DC-13-204642

_____

APPELLANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE
APPELLANT'S BRIEF

_____

John S. Butler
State Bar No. 03526150
700 Lavaca Street, Suite 1400
Austin, Texas 78701
Telephone (512) 472-3887
Facsimile   (512) 233-1787
Email     butler@lawyer.com
ATTORNEY FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant moves for an extension of time in which to file his Brief, and would show the Court the following:

1. Appellant's brief in this case was due on September 9, 2015.

2. On September 21, 2015, this Court notified the undersigned counsel that the brief was overdue, and order a response by October 1, 2015.

3. Appellant's brief has been filed contemporaneously with this Motion.

WHEREFORE, Appellant prays this Court accept Appellant's Brief, and hear the case on its merits.

Respectfully submitted,

John S. Butler

ATTORNEY FOR APPELLANT
700 Lavaca Street, Suite 1400
Austin, Texas 78701
Telephone (512) 472-3887
Facsimile   (512) 233-1787
STATE BAR #03526150

## CERTIFICATE OF SERVICE

As Attorney of Record for Appellant, I do hereby certify that a true and correct copy of this Motion for Extension of Time was provided to the District Attorney of Travis County, Texas on October 1, 2015, via U.S. Mail to:

Travis County District Attorney
P O BOX 1748
Austin TX 78767

Date: October 13, 2015

JOHN S. BUTLER
Attorney for Appellant